## Commonwealth *v.* Carter et al., Appellants.

Submitted April 15, 1970. *John J.*

*Dean,* Assistant Public Defender, for appellants; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.